UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

RECEIVED
HON. Brian M. Cogan
MAR 28 2022

------------------------------------------------------------X

BENJAMIN PAGANO, PAIGE ACEVEDO, and MAGGIE MCNEIL, on behalf of themselves and all others similarly situated,

                                   Plaintiffs,

v.

HN & SONS LLC d/b/a BUSHWICK PUBLIC HOUSE, DERIHU 18 LLC a/k/a CHISPA, HOOMAN ENAYATIAN, DAVID LARODA, JOSH BECKETT, JOHN DOE and/or JANE DOE #1-10,

                                   Defendants.

Case No: 1:22-cv-04897-BMC

------------------------------------------------------------X

## DECLARATION OF HOOMAN ENAYATIAN

HOOMAN ENAYATIAN, under penalty of perjury, declares the following to be true and correct:

1.     My name is Hooman Enayatian, a defendant in the above captioned action.

2.     I respectfully submit this declaration to support the application of my attorneys, Hang & Associates, PLLC to reconsider the sanctions imposed against me by this Court on March 21, 2023.

3.     I in no way am trying to waste your honor`s or the court's time frivolously. Unfortunately I had a death in the family and being jewish i must not work for 7 days and needed to attend to

the arrangements and family obligations. I read the $2000. Sanction and I am praying that you may reconsider as this would be a tremendous hardship for me and my family.

Regarding the posting please be advised that I sent a picture of the best location which is located on the back of the door to our employee storage/office which is an employee only area where customers are not permitted in however the employees are there several times during shifts. I have no preference if the court would like to come to the bar, I can provide a video of the entire bar to show you proof of how the bar is situated. I in no way am trying to prolong the process. I would like to aid and assist with as much transparency as humanly possible.

If you must impose the sanctions previously ordered Can you please give me more time to pay or payment plans.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Date: 3/23/23

HOOMAN ENAYATIAN

Hooman Enayatian
1358 Bushwick Ave
Brooklyn, NY 11207

RECEIVED
HON. Brian M. Cogan
MAR 28 2022

Judge Cogan
225 Cadman Plaza East
Brooklyn, NY 11201