UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- X
BENJAMIN PAGANO, PAIGE ACEVEDO,                          :   22-cv-04897 (BMC)
and                                                      :
MAGGIE MCNEIL, on behalf of themselves and               :
all others similarly situated,                           :   MOTION FOR DEFAULT
                                                         :   JUDGMENT
                                 Plaintiffs,             :
                                                         :
            - against -                                  :
                                                         :
HN & SONS LLC d/b/a BUSHWICK PUBLIC                      :
HOUSE, DERIHU 18 LLC a/k/a CHISPA,                       :
HOOMAN ENAYATIAN, DAVID LARODA,                          :
JOSH BECKETT, JOHN DOE and/or JANE                       :
DOE #1-10,                                               :
                                                         :
                                 Defendants.           X
-------------------------------------------------------
```

Lead Plaintiffs Benjamin Pagano ("Plaintiff Pagano"), Paige Acevedo ("Plaintiff Acevedo") and Maggie McNeil ("Plaintiff McNeil") (altogether "Lead Plaintiffs"), together with Fair Labor Standards Act ("FLSA") opt-in Plaintiffs Aaron Applebey ("Plaintiff Applebey"), Angel De Los Santos ("Plaintiff De Los Santos"), Beatrice N. Damico ("Plaintiff Damico"), Clarice Reiner ("Plaintiff Reiner"), Daniel M. Beaver-Seitz ("Plaintiff Beaver-Seitz"), Donald Norwood ("Plaintiff Norwood"), Dylan Parr ("Plaintiff Parr"), Elizabeth Armanini ("Plaintiff Armanini"), Justin Brown ("Plaintiff Brown"), Michelle Maxwell ("Plaintiff Maxwell"), Nara Avakian ("Plaintiff Avakian"), Nathan Searing ("Plaintiff Searing"), and Nolan Slay ("Plaintiff Slay") (altogether "Opt-In Plaintiffs") (collectively "Plaintiffs"), on behalf of themselves and all others similarly situated, hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiffs and against Defendants HN & SONS LLC d/b/a BUSHWICK PUBLIC HOUSE ("BPH"), DERIHU 18 LLC a/k/a CHISPA

("Chispa") and HOOMAN ENAYATIAN ("Enayatian") (collectively "Defendants") on the grounds that Defendants have either failed answer or otherwise failed to defend Plaintiffs' First Amended Complaint. This Motion is supported by William Li's Affirmation in Support of Motion for Default Judgment, Declarations of Damages from Lead Plaintiffs and related Exhibits.

| | |
|---|---|
| Dated: April 7, 2025<br>New York, New York | WILLIAM K LI LAW, PLLC<br><br>*/s/ William Li*<br>William K. Li, Esq.<br>535 Fifth Avenue, 4th Floor<br>New York, NY 10017<br>Tel: (212) 380-8198<br>wli@wlilaw.com<br>*Attorneys for Plaintiffs* |