UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
BENJAMIN PAGANO, PAIGE ACEVEDO, and
MAGGIE MCNEIL, *on behalf of themselves and all others similarly situated*,

                      Plaintiffs,

- against -

HN & SONS LLC d/b/a BUSHWICK PUBLIC HOUSE, DERIHU 18 LLC a/k/a CHISPA, HOOMAN ENAYATIAN, DAVID LARODA, JOSH BECKETT, JOHN DOE and/or JANE DOE #1-10,

                      Defendants.
------------------------------------------------------------ X

22-cv-04897 (BMC)(VMS)

**MOTION FOR DEFAULT JUDGMENT**

      Lead Plaintiffs Benjamin Pagano ("Plaintiff Pagano"), Paige Acevedo ("Plaintiff Acevedo") and Maggie McNeil ("Plaintiff McNeil") (altogether "Lead Plaintiffs"), together with Fair Labor Standards Act ("FLSA") opt-in Plaintiffs Aaron Applebey ("Plaintiff Applebey"), Angel De Los Santos ("Plaintiff De Los Santos"), Beatrice N. Damico ("Plaintiff Damico"), Clarice Reiner ("Plaintiff Reiner"), Daniel M. Beaver-Seitz ("Plaintiff Beaver-Seitz"), Donald Norwood ("Plaintiff Norwood"), Dylan Parr ("Plaintiff Parr"), Elizabeth Armanini ("Plaintiff Armanini"), Justin Brown ("Plaintiff Brown"), Michelle Maxwell ("Plaintiff Maxwell"), Nara Avakian ("Plaintiff Avakian"), Nathan Searing ("Plaintiff Searing"), and Nolan Slay ("Plaintiff Slay") (altogether "Opt-In Plaintiffs") (collectively "Plaintiffs"), on behalf of themselves and all others similarly situated in the Rule 23 Class, hereby move the Court, pursuant to Fed. R. Civ. P. 55 to grant default judgment in favor of Plaintiffs and the Rule 23 Class against Defendants HN & SONS LLC d/b/a BUSHWICK PUBLIC HOUSE ("BPH"), DERIHU 18 LLC a/k/a CHISPA ("Chispa")

and HOOMAN ENAYATIAN ("Enayatian") (collectively "Defendants") on the grounds that Defendants have either failed answer or otherwise failed to defend Plaintiffs' First Amended Complaint. This Motion is supported by Plaintiff's Memorandum of Law in Support of Motion for Default Judgment, William Li's Affirmation in Support of Motion for Default Judgment, Declarations of Damages from Lead Plaintiffs and related Exhibits.

Dated:   May 30, 2025                                                       WILLIAM K LI LAW, PLLC

*/s/ William Li*
William K. Li, Esq.
535 Fifth Avenue, 4th Floor
New York, NY 10017
Tel: (212) 380-8198
wli@wlilaw.com
*Attorneys for Plaintiffs*